**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01348-CV

### IN RE SOUTHERN FOODS GROUP, LLC AND
### DEAN TRANSPORTATION, INC., Relators

### Original Proceeding from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-12-07015-C

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Sally Montgomery, Judge of the County Court at Law No. 3 for Dallas County, to **VACATE** her September 25, 2013 order granting application for second temporary restraining order and her September 13, 2013 order granting application for temporary restraining order and to render an order denying the temporary restraining order.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order. We **ORDER** that relators recover their costs of this original proceeding from real party in interest.

/s/     DAVID L. BRIDGES
           JUSTICE